In defendant's final point on appeal, he apparently objects to the evidence developed during cross-examination of the defendant that he perjured himself during his dissolution case by denying under oath that he had ever had sexual intercourse with Tracy Kustra. The point is not preserved for appellate review because, in addition to the violations of Rules 30.06(d) and 30.06(h) [requiring page references to the transcript] the matter was not raised in defendant's motion for a new trial. Furthermore, it is within the trial court's discretion to permit cross-examination of a witness directed toward testing his or her credibility, however irrelevant such examination may be to the basic issues. *State v. Jackson*, 768 S.W.2d 614, 616 (Mo.App. 1989). It is not error to allow cross-examination regarding specific instances of unconvicted conduct if relevant to impeach the veracity of the defendant. *State v. Carothers*, 710 S.W.2d 370, 371 (Mo.App. 1986).

Judgment affirmed.

SMITH, P.J., and SATZ, J., concur.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

Defendant was convicted by a jury of robbery in the first degree, § 569.020, RSMo 1986, felonious restraint, § 565.120, RSMo 1986, and two counts of armed criminal action, § 571.015, RSMO 1986. He was sentenced by the court as a prior offender to concurrent terms of 25 years imprisonment for robbery in the first degree; 25 years for armed criminal action; 7 years for felonious restraint; and 7 years for armed criminal action. He appeals; we affirm. The judgment is based upon findings of fact that are not clearly erroneous and no error of law appears. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Robert STEVENS, Defendant/Appellant.**

No. 59513.

Missouri Court of Appeals, Eastern District, Division One.

Oct. 15, 1991.

Judith Larose, Columbia, for defendant/appellant.

**Kristyna S. FOX, Plaintiff/Appellant,**

v.

**CITY OF ST. LOUIS, Defendant/Respondent.**

No. 59713.

Missouri Court of Appeals, Eastern District, Division Four.

Oct. 15, 1991.

